UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAUREEN CARTER,

    Plaintiff,

v.                                CASE NO. 3:24-cv-1257-HES-MCR

CITY OF JACKSONVILLE,

    Defendant.
_____/

## O R D E R

This matter is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 12), which recommends that this Court dismiss this case for failure to prosecute under Local Rule 3.10. More than 14 days have passed since the Report and Recommendation was issued, and no objections have been filed. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the Report and Recommendation in full.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 12) is **ADOPTED**;

2. This case is **DISMISSED** without prejudice for failure to prosecute under Local Rule 3.10;

3. The Clerk of Court is directed to terminate any pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this ___13th___ day of May 2025.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Monte C. Richardson
Laureen Carter, *Pro Se*